THE HONORABLE MARSHA J. PECHMAN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARTHILDE BRZYCKI,<br><br>Plaintiff,<br><br>v.<br><br>HARBORVIEW MEDICAL CENTER and UNIVERSITY OF WASHINGTON,<br><br>Defendants. | CASE NO. 2:18-cv-01582-MJP<br><br>**ORDER GRANTING JOINT MOTION TO AMEND COMPLAINT TO DISMISS CLAIMS UNDER SECTION 1981 AND THE ADAAA** |

This matter comes before the Court on the joint motion of Plaintiff Marthilde Brzycki and Defendants Harborview Medical Center and University of Washington for leave to allow Plaintiff to amend her complaint to dismiss her claims for discrimination on the basis of race and national origin in violation of 42 U.S.C. §1981 and for failure to accommodate in violation of the Americans with Disabilities Act as Amended ("ADAAA"), 42 U.S.C. § 12101, *et seq*. Having considered the parties' joint motion and the proposed Amended Complaint, and for good cause shown, the Court GRANTS the motion.

IT IS ORDERED THAT:

ORDER GRANTING
JOINT MOTION TO AMEND - 1
NO. 2:18-cv-01582-MJP

The parties' joint motion to amend Plaintiff's complaint to dismiss her claims under Section 1981 and the ADAAA is GRANTED. Plaintiff shall file and serve the Amended Complaint on all parties within five (5) days of the filing of this order.

IT IS SO ORDERED.

DATED this _22nd_ day of ___October__, 2019.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

Presented by:

FRANK FREED SUBIT & THOMAS LLP

By: */s/* Christie J. Fix
   Christie J. Fix, WSBA # 40801
   705 Second Avenue, Suite 1200
   Seattle, WA 98104
   Phone: (206) 682 6711
   Email: cfix@frankfreed.com
   Attorneys for Plaintiff

FOSTER GARVEY P.C.

By: /s/ Seth J. Bernsten
   Seth J. Bernsten, WSBA # 30379
   1191 Second Avenue, 18th Floor
   Seattle, WA 98101
   Phone: (206) 464-0125
   Email: seth.berntsen@foster.com
   Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel/parties of record. I hereby certify that no other parties are to receive notice.

DATED at Seattle, Washington on this 16th day of October, 2019.

*/s/Julie Larm-Bazzill*_____
Julie Larm-Bazzill