THE HONORABLE MARSHA J. PECHMAN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MARTHILDE BRZYCKI,

           Plaintiff,

v.

HARBORVIEW MEDICAL CENTER and UNIVERSITY OF WASHINGTON,

           Defendants.

CASE NO. 2:18-cv-01582-MJP

**ORDER GRANTING JOINT MOTION FOR LIMITED EXTENSION OF DISCOVERY DEADLINE**

**NOTE ON MOTION CALENDAR: NOVEMBER 4, 2019**

This matter comes before the Court on the joint motion of Plaintiff Marthilde Brzycki and Defendants Harborview Medical Center and University of Washington for a limited extension of the discovery deadline. Having considered the parties' joint motion and the proposed Amended Complaint, and for good cause shown, the Court GRANTS the motion.

IT IS ORDERED THAT:

The parties' joint motion for a limited extension of the discovery deadline is GRANTED. Plaintiff's deposition of Kelly Paananen, Plaintiff's deposition of Defendant's FRCP 30(b)(6) designee Ian Messerle, and Plaintiff's inspection of the Harborview Medical

ORDER GRANTING
JOINT MOTION FOR LIMITED
EXTENSION OF DISCOVERY DEADLINE - 1
NO. 2:18-cv-01582-MJP

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798 ~ (206) 682-6711

Center Stroke Center and Stroke Clinic premises may be conducted after the November 8, 2019 discovery cutoff.

  IT IS SO ORDERED.

  DATED this 7th day of November, 2019.

*[signature]*

Marsha J. Pechman
United States District Judge

Presented by:

FRANK FREED SUBIT & THOMAS LLP

By: */s/* Christie J. Fix
 Christie J. Fix, WSBA # 40801
 705 Second Avenue, Suite 1200
 Seattle, WA 98104
 Phone: (206) 682 6711
 Email: cfix@frankfreed.com
 Attorneys for Plaintiff

FOSTER GARVEY P.C.

By: */s/* Seth J. Berntsen
 Seth J. Bernsten, WSBA # 30379
 1111 Third Avenue, Suite 3000
 Seattle, WA 98101
 Phone: (206) 816-1340
 Email: seth.berntsen@foster.com
 Attorneys for Defendants

ORDER GRANTING
JOINT MOTION FOR LIMITED
EXTENSION OF DISCOVERY DEADLINE - 2
NO. 2:18-cv-01582-MJP

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798 ~ (206) 682-6711

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel/parties of record. I hereby certify that no other parties are to receive notice.

DATED at Seattle, Washington on this 4th day of November, 2019.

*/s/Sarah Gunderson*
Sarah Gunderson

ORDER GRANTING
JOINT MOTION FOR LIMITED
EXTENSION OF DISCOVERY DEADLINE - 3
NO. 2:18-cv-01582-MJP

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798 ~ (206) 682-6711