THE HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTHILDE BRZYCKI,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>HARBORVIEW MEDICAL CENTER and UNIVERSITY OF WASHINGTON,<br><br>　　　　　　　　Defendants. | CASE NO. 2:18-cv-01582-MJP<br><br>**DECLARATION OF CHRISTIE J. FIX IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**NOTING DATE: DECEMBER 20, 2019**<br><br>**ORAL ARGUMENT REQUESTED** |

I, Christie J. Fix, declare based on my personal knowledge and belief:

1. I represent Plaintiff Marthilde Brzycki in this matter.

2. Attached to this declaration as Exhibit A is a true and correct copy of excerpts of the transcript of the November 5, 2019 deposition of Elizabeth Schuringa, ARNP.

3. Attached to this declaration as Exhibit B is a true and correct copy of a Family and Medical Leave Certification of Health Care Provider for Personal Serious Health Condition signed by Elizabeth Schuringa, ARNP, dated December 8, 2016, which was produced by Defendants in discovery and introduced as Exhibit 6 to the deposition of Ms. Schuringa.

DECLARATION OF FIX IN SUPPORT OF
PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT - 1
NO. 2:18-cv-01582-MJP

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798  ~  (206) 682-6711

4. Attached to this declaration as Exhibit C is a true and correct copy of a Family and Medical Leave Certification of Health Care Provider for Personal Serious Health Condition signed by Elizabeth Schuringa, ARNP, dated January 3, 2017, which was produced by Defendants in discovery and introduced as Exhibit 7 to the deposition of Ms. Schuringa.

5. Attached to this declaration as Exhibit D is a true and correct copy of a letter from Elizabeth Schuringa, ARNP, to Harborview dated January 17, 2017, which was produced by Defendants in discovery and introduced as Exhibit 8 to the deposition of Ms. Schuringa.

6. Attached to this declaration as Exhibit E is a true and correct copy of excerpts of the transcript of the November 5, 2019 deposition of Rachel Sternoff, ARNP.

7. Attached to this declaration as Exhibit F is a true and correct copy of a Family and Medical Leave Certification of Health Care Provider for Personal Serious Health Condition signed by Rachel Sternoff, ARNP, dated April 27, 2017, which was produced by Defendants in discovery and introduced as Exhibit 2 to the November 5, 2019 deposition of Rachel Sternoff, ARNP.

8. Attached to this declaration as Exhibit G is a true and correct copy of a letter from Rachel Sternoff, ARNP, to Harborview dated May 30, 2017, which was produced by Defendants in discovery and introduced as Exhibit 4 to the deposition of Rachel Sternoff, ARNP.

9. Attached to this declaration as Exhibit H is a true and correct copy of a Family and Medical Leave Certification of Health Care Provider for Personal Serious Health Condition signed by Rachel Sternoff, ARNP, received by Defendants on June 27, 2017, which was produced by Defendants in discovery and introduced as Exhibit 5 to the deposition of Rachel Sternoff, ARNP.

DECLARATION OF FIX IN SUPPORT OF
PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT - 2
NO. 2:18-cv-01582-MJP

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798 ~ (206) 682-6711

10. Attached to this declaration as Exhibit I is a true and correct copy of excerpts of the transcript of the October 17, 2019 deposition of Kim Francis.

11. Attached to this declaration as Exhibit J is a true and correct copy of an email thread dated Friday, June 30, 2017, which was produced by Defendants in discovery and introduced as Exhibit 32 to the deposition of Kim Francis.

12. Attached to this declaration as Exhibit K is a true and correct copy of an email thread dated Friday, June 30, 2017, which was produced by Ms. Brzycki in discovery and introduced as Exhibit 34 to the deposition of Kim Francis.

13. Attached to this declaration as Exhibit L is a true and correct copy of excerpts of the transcript of the October 31, 2019 deposition of Tricia O'Donohue.

14. Attached to this declaration as Exhibit M is a true and correct copy of an email thread with attachments dated June 30, 2017, which was produced by Defendants in discovery and introduced as Exhibit 97 to the deposition of Tricia O'Donohue.

15. Attached to this declaration as Exhibit N is a true and correct copy of an email thread dated June 30, 2017, which was produced by Defendants in discovery and introduced as Exhibit 98 to the deposition of Tricia O'Donohue.

16. Attached to this declaration as Exhibit O is a true and correct copy of an email thread with attachments dated June 30, 2017, which was produced by Defendants in discovery and introduced as Exhibit 99 to the deposition of Tricia O'Donohue.

17. Attached to this declaration as Exhibit P is a true and correct copy of an email dated July 13, 2017, from Tricia Roland to Jennifer Petritz, with attachments, which was produced by Defendants in discovery. Defendants produced UWMB005340 only in native Excel format; I converted this attachment to PDF format for inclusion with this Declaration.

DECLARATION OF FIX IN SUPPORT OF
PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT - 3
NO. 2:18-cv-01582-MJP

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798  ~  (206) 682-6711

18. Attached to this declaration as Exhibit Q is a true and correct copy of an email thread dated July 18, 2017, which was produced by Defendants in discovery.

19. Attached to this declaration as Exhibit R is a true and correct copy of relevant excerpts of the transcript of the November 7, 2019 deposition of M. Reid Stell.

20. Attached to this declaration as Exhibit S is a true and correct copy of the University of Washington Health Care Provider Statement for Disability Accommodation signed by M. Reid Stell, LMHC, dated July 12, 2017, produced by Plaintiff in discovery and introduced as Exhibit 3 to the deposition of M. Reid Stell.

21. Attached to this declaration as Exhibit T is a true and correct copy of relevant excerpts of Defendants' Responses and Objections to Plaintiff's Second Interrogatories and Third Requests for Production to Defendants.

22. Attached to this declaration as Exhibit U is a true and correct copy of relevant excerpts of the transcript of the November 4, 2019 deposition of David Tirschwell, M.D.

23. Attached to this declaration as Exhibit V is a true and correct copy of relevant excerpts of the April 7, 2017 Step C Final Counseling Memo and exhibits thereto, which was produced by Defendants in discovery and introduced as Exhibit 8 to the deposition of Kathy Hare.

24. Where appropriate, my office redacted personal identifier information from the Exhibits pursuant to the Federal Rules of Civil Procedure 5.2 and Local Rules W.D. Wash. CR 5.2.

//

//

//

DECLARATION OF FIX IN SUPPORT OF
PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT - 4
NO. 2:18-cv-01582-MJP

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798  ~  (206) 682-6711

1
2   I declare under penalty of perjury under the laws of the United States and the State of
3
4   Washington that the foregoing is true and correct to the best of my knowledge.
5   DATED this 27th day of November, 2019 at Seattle, Washington.
6
7
8   Christie J. Fix
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF FIX IN SUPPORT OF
PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT - 5
NO. 2:18-cv-01582-MJP

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798  ~  (206) 682-6711

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel/parties of record. I hereby certify that no other parties are to receive notice.

DATED at Seattle, Washington on this 27th day of November, 2019.

                                               /s/Sarah Gunderson_____
                                               Sarah Gunderson

DECLARATION OF FIX IN SUPPORT OF
PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT - 6
NO. 2:18-cv-01582-MJP

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798 ~ (206) 682-6711