# EXHIBIT A

```
 1            UNITED STATES DISTRICT COURT
 2            WESTERN DISTRICT OF WASHINGTON
 3   _____
 4   MARTHILDE BRZYCKI,           )
                                  )
 5          Plaintiff(s),         )
                                  )
 6     vs.                        ) 2:18-cv-01582-MJP
                                  )
 7   HARBORVIEW MEDICAL CENTER, and )
     UNIVERSITY OF WASHINGTON,    )
 8                                )
            Defendant(s).         )
 9   _____
10         DEPOSITION UPON ORAL EXAMINATION OF
11              ELIZABETH SCHURINGA, ARNP
12   _____
13      Taken at 1135 116th Avenue NE, Suite 200
14                 Bellevue, Washington
15
...
24   DATE TAKEN:   NOVEMBER 5, 2019
25   REPORTED BY:  PATSY D. JACOY, CCR 2348
```

1  anxiety diagnosis is mostly based on the patient's
2  self-reports of how they're feeling and what's going on
3  with them.
4          MS. KNACK:  Object to the form.
5      Q.  (BY MS. GREENFIELD)  Is that accurate to say,
6  that you would diagnose a patient with anxiety based
7  mostly on self-reports?
8      A.  There are usually other factors to consider.
9  Like I said, is it impacting the quality of their life,
10 with sleeping or relationships.  Things like that are a
11 major factor as well.
12     Q.  And would you evaluate the impact on the
13 quality of life, the sleeping and the relationships,
14 what information would you use to evaluate that?
15     A.  Yeah, so asking more specific questions about
16 how they are sleeping, how they are eating, are they
17 going out with other people, are they staying home all
18 the time, these are typical questions I ask.
19     Q.  And then based on what the patient reports to
20 you, you would form an opinion?
21     A.  Yes.
22     Q.  As to whether they were suffering from
23 anxiety?
24     A.  Yes.
25     Q.  So in this chart note dated December 7, 2016,

1    did you assess Ms. Brzycki with anxiety?  I'm looking

2    at page 1912.

3        A.  Yes.

4        Q.  And what did you base that assessment on?

5        A.  It appears that I based that assessment on the

6    conversation I had with her when she came into the

7    office.

8        Q.  Are there any specific -- anything specific

9    that she reported to you that supported your assessment

10   that she was experiencing anxiety?

11       A.  I don't remember, but from the note it looks

12   like the patient describes increased anxiety and

13   insomnia that has been getting worse and that she

14   wasn't sleeping well at night and sort of this

15   impending sense of doom, which is something that we

16   talk about with anxiety, and headache and things like

17   that.

18       Q.  Did you form an opinion as to what was causing

19   her anxiety?

20       A.  Again, it appears from the chart that it looks

21   like she described increased anxiety secondary to a

22   change in the manager at her job and feeling some

23   increased pressure.  And I talk a little bit in my note

24   about fears of making a mistake at work, even though

25   she had been practicing for three years and typically

1  feels competent in her work.
2      Q.  If -- so it sounds like your assessment of her
3  anxiety in this case, was that primarily based on her
4  reporting to you about what was going on in her life?
5      A.  Yes, that's what it looks like from this note.
6      Q.  And did you have firsthand knowledge of what
7  was going on with her work situation or what she was
8  experiencing at work?
9      A.  She may have described it in more detail, but
10 it's been so long I don't remember, aside from reading
11 this paragraph right here and looking at that.
12     Q.  And so would it be your practice to -- to
13 include in your chart note all of the information on
14 which you were basing your assessment of anxiety?
15     A.  No.  So I would say people give me a lot of
16 detail when they come in and they talk to me.  And I
17 tend to include the basics and I don't include all
18 those details about all the things, if that makes
19 sense.
20     Q.  In reviewing this chart note, do you recall
21 any additional details about what Ms. Brzycki told you
22 about what was going on with her work and her life --
23     A.  No.
24     Q.  -- related to anxiety?
25     A.  It's been too long, I don't remember.

1    Q.  Is there anything that you can think of that
2    might help refresh your recollection of what
3    Ms. Brzycki might have told you about her
4    circumstances?
5    A.  No.  I would say I -- I don't remember
6    specifics about the problems she was having in her
7    office.  Yeah.
8    Q.  During this visit on December 7, 2016, did you
9    also assess Ms. Brzycki with panic disorder, is that a
10   diagnosis that you made?
11   A.  It looks like, yes, I did.
12   Q.  And it looks like from this chart note you
13   discussed what panic disorder is and how to control the
14   symptoms.  Can you fill me in on both of those?
15   A.  Yeah, I don't remember specifically what I
16   talked with her about what panic disorder is and how to
17   control the symptoms.  I can speak to generally what I
18   would tell somebody what panic disorder is and how to
19   control the symptoms.
20   Q.  If you could give me a brief overview, that
21   would be great.
22   A.  Yeah, so panic disorder, I would usually talk
23   to somebody about that if they're having particular
24   episodes where they're feeling highly anxious and they
25   are unable to do the things they would normally do

1   throughout the day.  And a lot of times when people

2   have panic disorder, they have increased heart rate,

3   increased breathing, that feeling of doom, and we talk

4   through ways to control their breathing, to ask for

5   help if they are feeling bad and to -- kind of

6   relaxation techniques, and it looks like I talked to

7   her about those things.  And also making sure things in

8   your normal, every-day life are helpful for encouraging

9   this behavior as well, like regular time outdoors and

10  exercise and sleep hygiene.

11       Q.  In general, what are -- back up.

12           What is your understanding of the basis for

13  panic disorder about -- of in general what causes panic

14  disorder?

15       A.  Again, I am -- don't want to speak to the

16  physiological mechanisms of what causes panic disorder.

17  I would have to review all those things before I speak

18  if somebody is recording my answers before I do that.

19       Q.  In the patient instructions section of this

20  chart note you wrote that:  I would recommend that you

21  strongly consider how to change the situation you are

22  in to support you more or consider the work situation

23  you are in, as it is affecting your health.

24           Did you form an opinion as to what was

25  causing -- sorry.  Does this reflect an opinion that

CERTIFICATE

STATE OF WASHINGTON  )
                     )
COUNTY OF KING       )

I, Patricia D. Jacoy, a Certified Shorthand Reporter in and for the State of Washington, do hereby certify that the foregoing transcript of the deposition of ELIZABETH SCHURINGA, ARNP taken on November 5, 2019 is true and accurate to the best of my knowledge, skill and ability.

_____

Patricia D. Jacoy, CSR 2348