# EXHIBIT D

Jan. 20. 2017 10:36AM                                                  No. 4780   P. 2

     

January 17, 2017

Patient:     Marthilde Brzycki

Date of Visit: 1/17/2017

To Whom It May Concern:

It is my medical opinion that Marthilde Brzycki may return to work on February 2 but she does require a private quiet place to do her work to avoid anxiety.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,


ELIZABETH SCHURINGA, ARNP

RECEIVED

JAN 8 0 2017

HMC HUMAN RESOURCES



UWMB002920