# EXHIBIT E

```
 1              UNITED STATES DISTRICT COURT

 2              WESTERN DISTRICT OF WASHINGTON

 3       _____

 4       MARTHILDE BRZYCKI,           )
                                      )
 5              Plaintiff(s),         )
                                      )
 6         vs.                        )  2:18-cv-01582-MJP
                                      )
 7       HARBORVIEW MEDICAL CENTER, and )
         UNIVERSITY OF WASHINGTON,    )
 8                                    )
                Defendant(s).         )
 9       _____

10              DEPOSITION UPON ORAL EXAMINATION OF

11              RACHEL (VARGAS) STERNOFF, ARNP

12       _____

13         Taken at 1135 116th Avenue NE, Suite 200

14                    Bellevue, Washington

15

...

24       DATE TAKEN:   NOVEMBER 5, 2019

25       REPORTED BY:  PATSY D. JACOY, CCR 2348
```

1   experiencing some distress or something that's causing

2   them concern and they tell you why they think it's

3   causing them those issues, would you typically write

4   that down?

5       A.  Typically, yes.

6       Q.  Okay.  Sitting here today and we're -- let's

7   look at what you wrote on the Assessment/Plan, which is

8   on the first and second page of Exhibit 1, it's four --

9   there's four bullet points there.

10      A.  Uh-huh.

11      Q.  Anxiety, insomnia, subclinical

12  hyperthyroidism?

13      A.  Uh-huh.

14      Q.  And elevated blood pressure?

15      A.  Yeah.

16      Q.  Are those all things that you wrote?

17      A.  Yes, they are.

18      Q.  Okay.  And do you have any recollection of

19  your assessment of Ms. Brzycki other than what you

20  wrote here in this chart note?

21      A.  No.

22      Q.  Okay.  And in the anxiety section you wrote:

23  Situational anxiety secondary to stressful work

24  situation?

25      A.  Correct.

1  stress. And below that you wrote: See plan noted

2  above. What did you mean by that?

3     A. When I put in documentation with diagnoses,

4  the way that I document it will pull in each diagnosis

5  and if I feel that something is redundant, I will still

6  want to put the diagnosis there, but I'm not going to

7  repeat myself. And so I just put -- said: See plan

8  noted above.

9     Q. Okay. So I should back up. The -- the bold

10 portions of the assessment/plan where it says

11 "situational anxiety and work-related stress," are

12 those diagnoses?

13    A. Yes.

14    Q. So you diagnosed her with situational anxiety?

15    A. Correct.

16    Q. And you diagnosed her with work-related

17 stress?

18    A. Correct.

19    Q. Okay. And on the -- so the same thing would

20 be true for the prior chart note, Exhibit 1, under

21 Assessment/Plan you have four diagnoses at that time,

22 right?

23    A. Correct.

24    Q. Anxiety; insomnia, unspecified type;

25 subclinical hyperthyroidism; and elevated blood

1  pressure?
2      A.  Correct.
3      Q.  And the diagnosis of work-related stress, what
4  was your basis for that?
5      A.  Reported anxiety related to work.
6      Q.  Is that based upon -- well, she hadn't been at
7  work, right?
8      A.  Correct, but in my note I referenced that once
9  she started getting calls from work the week prior,
10 it -- her blood pressures -- average blood pressure
11 started to increase again.
12     Q.  So even though she hadn't been at work, the
13 mere receipt of phone calls from work increased her
14 blood pressure?
15     A.  Correct.
16          MS. HALLER:  Object to the form.
17     Q.  (BY MR. BERNTSEN)  Okay.  And even though she
18 hadn't been at work, the receipt of phone calls related
19 to work caused you to diagnose her with work-related
20 stress?
21          MS. HALLER:  Object to the form.  You
22 can answer.
23     A.  I always get confused.
24     Q.  (BY MR. BERNTSEN)  Yeah, you still answer.
25     A.  Yes.

# CERTIFICATE

STATE OF WASHINGTON  )
                     )
COUNTY OF KING       )


I, Patricia D. Jacoy, a Certified Shorthand Reporter in and for the State of Washington, do hereby certify that the foregoing transcript of the deposition of RACHEL (VARGAS) STERNOFF, ARNP taken on November 5, 2019 is true and accurate to the best of my knowledge, skill and ability.

_____

Patricia D. Jacoy, CSR 2348