# EXHIBIT F

Apr. 28. 2017 12:41PM                                                                 No. 7462   P. 2

| University of Washington Medical Centers<br>**Family and Medical Leave Certification<br>of Health Care Provider for<br>Personal Serious Health Condition** | To Employee – Please complete the following information:<br>Name: MARTHILDE BRZYCKI<br>Dept.: STROKE Center    EID: 853003398<br>Employee Phone: 206-457-9669<br>Employee email: |
|---|---|
| To Employee: Complete the upper right corner of this page and arrange for your health care provider to complete the remainder of the form. Return the completed form as soon as possible, but no later than 15 calendar days after the date you receive it. Return it to the appropriate office indicated in the space to the right. Contact this office if you believe that you will not be able to return the completed form within the specified time period. | ☒ Harborview Medical Center     ☐ UW Medical Center<br>Human Resources Operations Office   Human Resources Operations Office<br>325 Ninth Avenue                  1959 NE Pacific<br>Box 359715                         Room BB150, Box 356054<br>Seattle, WA 98104-2499              Seattle, WA 98195<br>Phone: (206) 744-9220              Phone: (206) 598-6116<br>Fax: (206) 744-9955                 Fax: (206) 598-4610<br>Or, send scan to: HMCFMLA@uw.edu    Or, send scan to: UWMCFMLA@uw.edu |

**Medical Facts – TO BE COMPLETED BY HEALTH CARE PROVIDER**

Our employee is requesting leave from work and/or a modified work schedule under the FMLA for a health condition. Please provide the information requested below so that we can process our employee's leave request. Only provide information regarding the condition(s) that relate to our employee's request to take leave or adopt a modified work schedule.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Describe the medical facts related to the condition(s) that require our employee to be off work and/or to work a reduced or intermittent work schedule (medical facts may include symptoms, diagnosis, or any plan for continuing treatment or therapy):

Pt is having increased anxiety with panic attacks and elevated blood pressure associated with work. She needs 8 weeks off of work to reduce stress. The anxiety is affecting her work, sleep, blood pressure and quality of life.

Was your patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility? Yes ☐ No ☒
If yes, dates of admission: N/A

Date(s) you treated patient for this condition: 4/26/2017

Will your patient need to have treatment visits at least twice per year due to the condition? Yes ☒ No ☐

Was medication, other than over-the-counter medication, prescribed? Yes ☒ No ☐     RECEIVED

Was your patient referred to other health care provider(s) for evaluation or treatment? Yes ☐ No ☒     APR 28 2017

If yes, describe the nature and expected duration of the treatments:

HMC HUMAN RESOURCES

**For Pregnancy-Related Incapacity**

| Expected date of delivery: | Expected dates of your patient's physical incapacity due to pregnancy and delivery (not parental leave): |
|---|---|
| Planned C-Section? Yes ☐ No ☐ | From (date): _____ to (date): _____ |

Rev 3/2016

EXHIBIT 2
STERNOFF
11/5/2019
Buell Realtime Reporting
206-287-9066

UWMB002903

### Need for Leave or Work Schedule Adjustment

Several of the following questions ask about the frequency or duration of a condition or treatment. We know that health conditions can vary or change over time, so please provide your best estimate in response to these questions, being as specific as you can. Using terms such as "lifetime," "unknown," or "indeterminate" may not be specific enough for us to determine leave eligibility for our employee under the Family and Medical Leave Act.

**Continuous Leave:**
Will your patient be incapacitated for a single, continuous period of time including time for treatment and recovery?   Yes ☐  No ☐
If yes, estimate the beginning and ending dates for the period of incapacity:

From (date): 04-26-2017   to (date): June 01, 2017

**Intermittent Leave:**
Will the condition(s) cause episodic flare-ups that prevent your patient from performing his/her job functions?   Yes ☐  No ☐
If yes, please explain:

Based upon your patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 time per 3 months, 2 days per episode).

**Frequency:** _____ time(s) per _____ week(s) -or- _____ month(s)
AND
**Duration:** _____ hours or _____ day(s) per episode
From (date): _____   to (date): _____

**Appointments:**
Are follow-up and/or periodic treatment appointments medically-necessary for your patient?   Yes ☐  No ☐
If yes, describe the anticipated treatment schedule and any treatment recovery period(s):

Pt to see counselor & continued relaxation

Will there be a need for planned medical appointments and/or absences?   Yes ☐  No ☑

RECEIVED
APR 28 2017
HMC HUMAN RESOURCES

**Frequency:** _____ time(s) per _____ week(s) -or- _____ month(s)
AND
**Duration:** _____ hours or _____ day(s) per episode
From (date): _____   to (date): _____

**Reduced/Modified Work Schedule:**
Will your patient require a reduction in or modification of the amount of time worked per week due to his/her medical condition, including any time for treatment and recovery?   Yes ☐  No ☐
If yes, describe the reduced or modified work schedule that you believe is medically necessary:

This work schedule needs to be in place from (date): _____   to (date): _____

### Health Care Provider Information (please complete or attach business card)

Name (please print): Rachel Sternoff   Specialty: Primary Care
Business Address: 400 108th Ave NE Suite 100   Phone: 425-685-6850   Fax: 425-685-6351
Bellevue WA 98004

Health Care Provider Signature (required): _____   Date: 04-26-17

Rachel Sternoff, ARNP
Overlake Medical Clinics
400 108th Ave NE Ste. 100

Rev 3/2016

UWMB002904

Apr. 28. 2017 12:41PM                                                                 No. 7462   P. 1



# Fax

400 108th Ave NE, Suite 100
Bellevue, WA 98004
425-635-6350 Phone
425-635-6351 Fax

| To: | Harborview Med | Fax: | 206-744-9955 |
|---|---|---|---|
| From: | Adriana | Pages: | 3 |
| Phone: | 425-635-6350 x 6343 | Date: | 04-27-2016 |
| Re: | Marthilde Brzycki | cc: | |

☒ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

RECEIVED

APR 28 2017

HMC HUMAN RESOURCES

The documents accompanying this transmission may contain confidential information which is legally privileged. The information is solely for the use of the addressee named herein. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or other use of the contents of this telecopied information is strictly prohibited. If you received this telecopy in error, please notify us immediately by telephone to arrange for the return of the original document to us.

THANK YOU

UWMB002905