# EXHIBIT G

 

Marthilde Brzycki

OVERLAKE MEDICAL CLINICS PRIMARY CARE DOWNTOWN BELLEVUE
400 108th Ave Ne
Bellevue WA 98004-5508
Phone: 425-635-6350
Fax: 425-635-6351

May 30, 2017

Dear Marthilde:

To Whom It May Concern:

It is my medical opinion that Marthilde Brzycki should remain out of work until July 1, 2017.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,



Rachel Sternoff, ARNP







# Fax

400 108th Ave NE, Suite 100
Bellevue, WA 98004
425-635-6350 Phone
425-635-6351 Fax

| To: | HMC - Human Resources | Fax: | 206-744-9955 |
| From: | Adriana | Pages: | 2 |
| Phone: | 425-635-6850 x 6343 | Date: | 05-30-17 |
| Re: | Mathilde Brzycki | cc: | |

☐ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

RECEIVED
MAY 30 2017
HMC HUMAN RESOURCES

The documents accompanying this transmission may contain confidential information which is legally privileged. The information is solely for the use of the addressee named herein. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or other use of the contents of this telecopied information is strictly prohibited. If you received this telecopy in error, please notify us immediately by telephone to arrange for the return of the original document to us.

THANK YOU

UWMB002901