# EXHIBIT J

From:       KIM FRANCIS
Date:       June 28, 2017 1:59:00 PM (-07)
To:         Tricia Roland
Subject:    **RE: Mattie Brzycki**

Attachments:

Ok thank you.

**From:** Tricia L Roland [mailto:troland@uw.edu]
**Sent:** Wednesday, June 28, 2017 1:58 PM
**To:** KIM FRANCIS <kimfran@uw.edu>
**Cc:** Nola Balch <balchn@uw.edu>
**Subject:** RE: Mattie Brzycki

Hi Kim,
Thank you for the updates.
I have been really looking at the needs of the department to see how we can make this work for everyone.
I am going to confer with Kathy tomorrow. I plan to have an answer for you by tomorrow afternoon or Friday AM.
Thank you,

*Tricia*


**Tricia L. Roland, MPH, BSN, RN**
Stroke Program Manager

Harborview Medical Center
325 Ninth Avenue, Seattle, WA 98104
Mailbox 359775 | 3CT-79.1
Phone (206) 744-2403  |  Fax (206) 744-3976
Email: troland@uw.edu



# UW Medicine

"The above email may contain patient identifiable or confidential information. Because email is not secure, please be aware of associated risks of email transmission. If you are a patient, communicating to a UW Medicine Provider via email implies your agreement to email communication; see http://www.uwmedicine.org/Global/Compliance/EmailRisk.htm
The information is intended for the individual named above. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please notify the sender by reply email, and then destroy all copies of the message and any attachments. See our Notice of Privacy Practices at www.uwmedicine.org."



UWMB00001631

**From:** KIM FRANCIS [mailto:kimfran@uw.edu]
**Sent:** Wednesday, June 28, 2017 9:08 AM
**To:** Tricia Roland
**Subject:** FW: Mattie Brzycki

Tricia-sorry I forgot to include that this is to be in place until 9/1/17.  Please call me if you would like to discuss further.

**From:** KIM FRANCIS
**Sent:** Wednesday, June 28, 2017 8:14 AM
**To:** Tricia Roland <troland@uw.edu>
**Cc:** Nola K Balch (balchn@uw.edu) <balchn@uw.edu>
**Subject:** Mattie Brzycki

Tricia-

Good Morning we received updated FMLA paperwork indicating Mattie is able to return to work on 7/1/17 at a reduced schedule of 20 hours per week.  There are no other restrictions listed and there is no specific 20hr per week scheduled indicated.  Can you let me know if you can accommodate the reduced schedule beginning next week?

Kim Francis

HR Leave Specialist
Harborview Medical Center
Phone 206-744-9233
Fax 206-744-9955
Box 359715

The above email may contain patient identifiable or confidential information. Because email is not secure, please be aware of associated risks of email transmission. If you are a patient, communicating to a UW Medicine Provider via email implies your agreement to email communication; see
http://www.uwmedicine.org/Global/Compliance/EmailRisk.htm

The information is intended for the individual named above. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited.  Please notify the sender by reply email, and then destroy all copies of the message and any attachments.  See our Notice of Privacy Practices at www.uwmedicine.org."