# EXHIBIT M

| | |
|---|---|
| From: | Tricia L Roland |
| Date: | June 30, 2017 6:11:00 PM (-07) |
| To: | David L. Tirschwell;Marthilde Brzycki |
| Cc: | Marthilde Brzycki;KIM FRANCIS;Nola Balch;Kathy M Hare;Kelly J. Paananen |
| Subject: | **RE: Your return to work on 7/3** |
| Attachments: | MB modified schedule.pptx; |

David is right they were attached but I've included again.

Tricia


Tricia L. Roland, MPH, BSN, RN
Stroke Program Manager

Harborview Medical Center
325 Ninth Avenue, Seattle, WA 98104
Mailbox 359775 | 3CT-79.1
Phone (206) 744-2403  |  Fax (206) 744-3976
Email: troland@uw.edu



"The above email may contain patient identifiable or confidential information. Because email is not secure, please be aware of associated risks of email transmission. If you are a patient, communicating to a UW Medicine Provider via email implies your agreement to email communication; see http://www.uwmedicine.org/Global/Compliance/EmailRisk.htm
The information is intended for the individual named above. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please notify the sender by reply email, and then destroy all copies of the message and any attachments. See our Notice of Privacy Practices at www.uwmedicine.org."


-----Original Message-----
From: David L. Tirschwell [mailto:tirsch@uw.edu]
Sent: Friday, June 30, 2017 5:48 PM
To: Marthilde Brzycki
Cc: Tricia Roland; Marthilde Brzycki; KIM FRANCIS; Nola Balch; Kathy M Hare; Kelly J. Paananen
Subject: Re: Your return to work on 7/3

There was an attachment to the email, i saw them

Thank you
=====================================
David Tirschwell, MD
Harborview Neurology and
UW Medicine Comprehensive Stroke Center

```
> On Jun 30, 2017, at 5:46 PM, "mjeanty@u.washington.edu"  wrote:
>
> Hello,
> Where are the slides?
>
>> On Fri, 30 Jun 2017, Tricia L Roland wrote:
>>
>> Mattie,
>>
>> I was made aware by Kim Francis that you plan to return to work on
>> Monday. I have attached a schedule that works best to fit the needs
>> of the department as well as accommodates your FMLA request.
>>
>> You can see in the attachment there are two slides. Slide 1 is your
>> schedule from Monday 7/3 - Monday 7/10. I needed to make adjustments
>> due to Friday clinic being booked and the July 4th  holiday. Slide 2
>> represents your schedule from 7/11 on until your FMLA is either
>> completed or reevaluated on 9/1/17.
>>
>> Please keep in mind this is subject to change should the needs of the
>> department change but if any changes need to be made I will give you
>> ample notice.
>>
>> I'm glad we were able to make this work. Should you have any
>> questions please do not hesitate to reach out, otherwise I will plan
>> to see you in the office on Monday.
>>
>>
>>
>> Tricia
>>
>>
>>
>>
>> Tricia L. Roland, MPH, BSN, RN
>>
>> Stroke Program Manager
>>
>>
>>
>> Harborview Medical Center
>>
>> 325 Ninth Avenue, Seattle, WA 98104
>>
>> Mailbox 359775 | 3CT-79.1
>>
>> Phone (206) 744-2403  |  Fax (206) 744-3976
>>
>> Email:   troland@uw.edu
>>
>>
>>
>>
>>
>>
>>
>>
>>
```

UWMB005118

```
>>
>>  Description: Visit UW Medicine on.line
>>
>> "The above email may contain patient identifiable or confidential
>> information. Because email is not secure, please be aware of
>> associated risks of email transmission. If you are a patient,
>> communicating to a UW Medicine Provider via email implies your
>> agreement to email communication; see
>>
>> http://www.uwmedicine.org/Global/Compliance/EmailRisk.htm
>>
>> The information is intended for the individual named above. If you
>> are not the intended recipient, any disclosure, copying, distribution
>> or use of the contents of this information is prohibited. Please
>> notify the sender by reply email, and then destroy all copies of the message an
d any attachments.
>> See our Notice of Privacy Practices at
>> www.uwmedicine.org."
>>
>>
>>
>>
>
```

## First week back

| | Monday 7/3 | Tuesday 7/4 | Wednesday 7/5 | Thursday 7/6 | Friday 7/7 |
|---|---|---|---|---|---|
| 7/3/17-<br>7/8/17 | 7:30-9:30 Rounds<br><br>9:30-12:30<br>-MD inbasket (test results, Pt questions, FMLA, email catch up) | Holiday | 7:30-9:00 Rounds<br><br>9:00-10:00 Meet with Kelly and Tricia<br><br>10:00-12:30 clinic prep email catch up | Off | Clinic 8:30-5<br>-9:00<br>-9:45<br>-10:30<br>-11:15<br>-12:00<br>-12:45<br><br>Lunch 1:30-2<br><br>2:30-4:30 Friday Case Conference |
| | 5 | 8 | 5 | 0 | 8 |
| | Monday 7/10 | Tuesday | Wednesday | Thursday | Friday |
| | <u>July 10</u><br>7:30-9:30 Rounds<br><br>9:30-12:30 Complete notes from Friday 7/8. Follow up on tests, email, FMLA | Follow regular schedule from July 11 to September 1, 2017 | | | |
| Total Hours | 5 | | | | |

UWMB005120

## Mattie's 20hr Schedule*

| | Mondays | Tuesdays | Wednesdays | Thursdays | Fridays |
|---|---|---|---|---|---|
| | 7:30-9:30 Rounds<br><br>9:30-12:30<br>-MD inbasket (test results, Pt questions, FMLA)<br>-15min break | Clinic 1200-5:00<br>6 patients<br>1. 12<br>2. 12:45<br>3. 1:30<br>4. 2:15<br>5. 3<br>6. 3:45<br><br>-15min break to be built in to template so Pt times may adjust slightly. I will keep you updated. | 7:30-9:30 Rounds<br><br>9:30-1230<br>-Complete notes and follow ups from Tues clinic.<br>-weekly 1 hour meeting with Dr. Tirschwell<br>-15min break | Off | 11:30-2:30<br>-Possible clinic TBD by Tricia and Dr. Tirschwell<br>-11:30<br>-12:15<br>-1:00<br>If no clinic patients then...<br>-MD inbasket (test results, Pt questions, FMLA)<br>-15min break<br><br>2:30-4:30 Friday Case Conference |
| Total Hours | 5 | 5 | 5 | 0 | 5 |

*Schedule may change to fit the needs of the department

UWMB005121