# EXHIBIT N

EXHIBIT
98
10-31-19
o 'psycho hu

From:          mjeanty@u.washington.edu
Date:          June 30, 2017 7:28:35 PM (-07)
To:            Tricia L Roland
Cc:            'David L. Tirschwell'; 'Marthilde Brzycki'; 'KIM FRANCIS'; 'Nola Balch'; 'Kathy M Hare'; 'Kelly J. Paananen'
Subject:       **RE: Your return to work on 7/3**

Attachments:

Hi Tricia,

Friday 7/7 is 8 hours - I am allowed by law to have a 30 minute lunch period and 15 minute breaks - which you left out.

My notes have been completed in a timely manner per hospital policy since hired with 100% compliance for billing prior to you changing my workflow.

My regular workflow was 5 patients on Tuesdays - and I requested 5 patients to be added on Fridays (total 10 patients) -completing some of my notes and follow-ups the next workday.

In your new workflow, you mentioned 3 cases on Fridays and 6 cases on Tuesdays - total 9 patients.
As I have mentioned to you and Kelly on multiple occasions, the patients do not show up exactly at their appointment time or roomed at the exact scheduled time.

Unfortunately, I cannot handle working part-time and seeing 6 patient on a clinic day; which is more than my usual load at this time. And based on your workflow, I will not have prep time for Tuesdays clinic. I will no longer be able to add any add-ons like I used to on my clinic days - due to the schedule restrictions and recent disruption to my workflow.

I can see 3-4 patients on Tuedays and 2-3 patients on Fridays - giving me time to go to didactics and conference. That is close to evenly distributed and is 7 out of my usual 10 patients.

I would like advance warning prior to any meeting with you and Kelly. I need my union representative present during any private meeting with you, Kelly, and any other member of management.

Thank you,
Marthilde

On Fri, 30 Jun 2017, Tricia L Roland wrote:

> David is right they were attached but I've included again.
>
> Tricia
>
>
> Tricia L. Roland, MPH, BSN, RN
> Stroke Program Manager
>
> Harborview Medical Center
> 325 Ninth Avenue, Seattle, WA 98104
> Mailbox 359775 | 3CT-79.1
> Phone (206) 744-2403  |  Fax (206) 744-3976
> Email: troland@uw.edu

UWMB005122

```
>
>
>
>
>
>
> "The above email may contain patient identifiable or confidential
> information. Because email is not secure, please be aware of associated
> risks of email transmission. If you are a patient, communicating to a UW
> Medicine Provider via email implies your agreement to email communication;
> see http://www.uwmedicine.org/Global/Compliance/EmailRisk.htm
> The information is intended for the individual named above. If you are not
> the intended recipient, any disclosure, copying, distribution or use of the
> contents of this information is prohibited. Please notify the sender by
> reply email, and then destroy all copies of the message and any attachments.
> See our Notice of Privacy Practices at www.uwmedicine.org."
>
>
>
> -----Original Message-----
> From: David L. Tirschwell [mailto:tirsch@uw.edu]
> Sent: Friday, June 30, 2017 5:48 PM
> To: Marthilde Brzycki
> Cc: Tricia Roland; Marthilde Brzycki; KIM FRANCIS; Nola Balch; Kathy M Hare;
> Kelly J. Paananen
> Subject: Re: Your return to work on 7/3
>
> There was an attachment to the email, i saw them
>
> Thank you
> =====================================
> David Tirschwell, MD
> Harborview Neurology and
> UW Medicine Comprehensive Stroke Center
>
>> On Jun 30, 2017, at 5:46 PM, "mjeanty@u.washington.edu"
> <mjeanty@u.washington.edu> wrote:
>>
>> Hello,
>> Where are the slides?
>>
>>> On Fri, 30 Jun 2017, Tricia L Roland wrote:
>>>
>>> Mattie,
>>>
>>> I was made aware by Kim Francis that you plan to return to work on
>>> Monday. I have attached a schedule that works best to fit the needs
>>> of the department as well as accommodates your FMLA request.
>>>
>>> You can see in the attachment there are two slides. Slide 1 is your
>>> schedule from Monday 7/3 - Monday 7/10. I needed to make adjustments
>>> due to Friday clinic being booked and the July 4th  holiday. Slide 2
>>> represents your schedule from 7/11 on until your FMLA is either
>>> completed or reevaluated on 9/1/17.
>>>
>>> Please keep in mind this is subject to change should the needs of the
```

UWMB005123

>>> department change but if any changes need to be made I will give you
>>> ample notice.
>>>
>>> I'm glad we were able to make this work. Should you have any
>>> questions please do not hesitate to reach out, otherwise I will plan
>>> to see you in the office on Monday.
>>>
>>>
>>>
>>> Tricia
>>>
>>>
>>>
>>>
>>>
>>> Tricia L. Roland, MPH, BSN, RN
>>>
>>> Stroke Program Manager
>>>
>>>
>>>
>>> Harborview Medical Center
>>>
>>> 325 Ninth Avenue, Seattle, WA 98104
>>>
>>> Mailbox 359775 | 3CT-79.1
>>>
>>> Phone (206) 744-2403  |  Fax (206) 744-3976
>>>
>>> Email:  <mailto:troland@uw.edu> troland@uw.edu
>>>
>>>
>>>
>>>
>>>
>>>
>>>
>>>
>>>
>>>
>>>
>>> <http://uwmedicine.org/> Description: Visit UW Medicine on.line
>>>
>>> "The above email may contain patient identifiable or confidential
>>> information. Because email is not secure, please be aware of
>>> associated risks of email transmission. If you are a patient,
>>> communicating to a UW Medicine Provider via email implies your
>>> agreement to email communication; see
>>> <http://www.uwmedicine.org/Global/Compliance/EmailRisk.htm>
>>> http://www.uwmedicine.org/Global/Compliance/EmailRisk.htm
>>>
>>> The information is intended for the individual named above. If you
>>> are not the intended recipient, any disclosure, copying, distribution
>>> or use of the contents of this information is prohibited. Please
>>> notify the sender by reply email, and then destroy all copies of the
> message and any attachments.

>>> See our Notice of Privacy Practices at  <http://www.uwmedicine.org/>
>>> www.uwmedicine.org."
>>>
>>>
>>>
>>>
>>
>

UWMB005125