# EXHIBIT O

| | |
|---|---|
| From: | Tricia Roland |
| Date: | June 30, 2017 9:34:18 PM (-07) |
| To: | mjeanty@u.washington.edu |
| Cc: | Marthilde Brzycki; Nola Balch; Kathy M Hare; Kelly J. Paananen |
| Subject: | **Re: Your return to work on 7/3** |

Attachments:

Hello Mattie,

The schedule/workflow detailed for the period of your reduced work schedule accommodation meets the needs of our unit and is reasonable. I worked hard to establish a plan that is workable and aligns both with the expectations detailed in your action plan from April and the parameters for a reduced work schedule defined by your health care provider.

This schedule/workflow is not up for negotiation, though as ever, if you run into challenges in meeting the work expectations you should come to me right away so that we can engage in a problem solving discussion to review workflow, priorities and strategies.

You certainly should take your 15 minutes breaks each shift, please do so. As you know, these will be one 15 minute break on each 5 hour shift and two 15 minute breaks and a 30min lunch on the one scheduled 8 hour shift.

Lastly, as you see on the schedule, I have scheduled one meeting between yourself, Kelly and I, to touch base after your extended absence. To be clear, you should expect to meet with me or any other member of the leadership team as a regular part of your duties, as would any employee at HMC. While you are welcome to have union representation at an investigatory interview, a corrective action meeting or grievance meeting; you are not entitled to union representation as a part of routine departmental discussions. Should you have questions about this, please contact your union representative for clarification.

I will see you Monday morning Mattie. Have a good weekend.


**Tricia**


**Tricia L. Roland, MPH, BSN, RN**
Stroke Program Manager

On Jun 30, 2017, at 7:28 PM, mjeanty@u.washington.edu wrote:

EXHIBIT
99
10-31-19
O'Pnshue

Hi Tricia,

Friday 7/7 is 8 hours - I am allowed by law to have a 30 minute lunch period and 15 minute breaks - which you left out.

My notes have been completed in a timely manner per hospital policy since hired with 100% compliance for billing prior to you changing my workflow.

My regular workflow was 5 patients on Tuesdays - and I requested 5 patients to be added on Fridays (total 10 patients) -completing some of my notes and follow-ups the next workday.

In your new workflow, you mentioned 3 cases on Fridays and 6 cases on Tuesdays - total 9 patients. As I have mentioned to you and Kelly on multiple occasions, the patients do not show up exactly at their appointment time or roomed at the exact scheduled time.

Unfortunately, I cannot handle working part-time and seeing 6 patient on a clinic day; which is more than my usual load at this time. And based on your workflow, I will not have prep time for Tuesdays clinic. I will no longer be able to add any add-ons like I used to on my clinic days - due to the schedule restrictions and recent disruption to my workflow.

I can see 3-4 patients on Tuedays and 2-3 patients on Fridays - giving me time to go to didactics and conference. That is close to evenly distributed and is 7 out of my usual 10 patients.

I would like advance warning prior to any meeting with you and Kelly. I need my union representative present during any private meeting with you, Kelly, and any other member of management.

Thank you,
Marthilde

On Fri, 30 Jun 2017, Tricia L Roland wrote:

> David is right they were attached but I've included again.
>
>
> Tricia
>
>
>
> Tricia L. Roland, MPH, BSN, RN

Stroke Program Manager

Harborview Medical Center

325 Ninth Avenue, Seattle, WA 98104

Mailbox 359775 | 3CT-79.1

Phone (206) 744-2403  |  Fax (206) 744-3976

Email: troland@uw.edu

"The above email may contain patient identifiable or confidential

information. Because email is not secure, please be aware of associated

risks of email transmission. If you are a patient, communicating to a UW

Medicine Provider via email implies your agreement to email communication;

see http://www.uwmedicine.org/Global/Compliance/EmailRisk.htm

The information is intended for the individual named above. If you are not

the intended recipient, any disclosure, copying, distribution or use of the

contents of this information is prohibited. Please notify the sender by

reply email, and then destroy all copies of the message and any attachments.

See our Notice of Privacy Practices at www.uwmedicine.org."

-----Original Message-----

From: David L. Tirschwell [mailto:tirsch@uw.edu]

Sent: Friday, June 30, 2017 5:48 PM

To: Marthilde Brzycki

Cc: Tricia Roland; Marthilde Brzycki; KIM FRANCIS; Nola Balch; Kathy M Hare;

Kelly J. Paananen

Subject: Re: Your return to work on 7/3

There was an attachment to the email, i saw them

Thank you

======================================

David Tirschwell, MD

Harborview Neurology and

UW Medicine Comprehensive Stroke Center

> On Jun 30, 2017, at 5:46 PM, "mjeanty@u.washington.edu"

<mjeanty@u.washington.edu> wrote:

> Hello,

> Where are the slides?

UWMB005130

On Fri, 30 Jun 2017, Tricia L Roland wrote:

Mattie,

I was made aware by Kim Francis that you plan to return to work on

Monday. I have attached a schedule that works best to fit the needs

of the department as well as accommodates your FMLA request.

You can see in the attachment there are two slides. Slide 1 is your

schedule from Monday 7/3 - Monday 7/10. I needed to make adjustments

due to Friday clinic being booked and the July 4th holiday. Slide 2

represents your schedule from 7/11 on until your FMLA is either

completed or reevaluated on 9/1/17.

Please keep in mind this is subject to change should the needs of the

department change but if any changes need to be made I will give you

ample notice.

I'm glad we were able to make this work. Should you have any

questions please do not hesitate to reach out, otherwise I will plan

to see you in the office on Monday.


Tricia



Tricia L. Roland, MPH, BSN, RN

Stroke Program Manager

Harborview Medical Center

325 Ninth Avenue, Seattle, WA 98104

Mailbox 359775 | 3CT-79.1

Phone (206) 744-2403  |  Fax (206) 744-3976

Email:  <mailto:troland@uw.edu>
troland@uw.edu

<http://uwmedicine.org/> Description: Visit UW Medicine on.line

"The above email may contain patient identifiable or confidential

information. Because email is not secure, please be aware of

associated risks of email transmission. If you are a patient,

communicating to a UW Medicine Provider via email implies your

agreement to email communication; see

<http://www.uwmedicine.org/Global/Compliance/EmailRisk.htm>

http://www.uwmedicine.org/Global/Compliance/EmailRisk.htm

The information is intended for the individual named above. If you

UWMB005133

are not the intended recipient, any disclosure, copying, distribution

or use of the contents of this information is prohibited. Please

notify the sender by reply email, and then destroy all copies of the

message and any attachments.

See our Notice of Privacy Practices at <http://www.uwmedicine.org/>

www.uwmedicine.org."