# EXHIBIT U

Page 1

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

_____

MARTHILDE BRZYCKI,            )
       Plaintiff,          )
  vs.                         ) No. 2:18-cv-01582-MJP
HARBORVIEW MEDICAL CENTER    )
and UNIVERSITY OF             )
WASHINGTON,                   )
       Defendants.         )

_____

DEPOSITION UPON ORAL EXAMINATION

OF

DAVID TIRSCHWELL, MD

_____

9:31 a.m.

November 4, 2019

705 Second Ave

Seattle, Washington

REPORTED BY: Margaret Walkky, CCR, RPR, RMR, CRR

Court Reporter, License No. 2540

David Tirschwell, MD.                                      November 4, 2019

```
                                                              Page 2
 1
 2                  A P P E A R A N C E S
 3
 4    FOR PLAINTIFF:        CHRISTIE J. FIX
 5                          Frank Freed Subit & Thomas
 6                          705 Second Ave, Ste 1200
 7                          Seattle, Washington 98104
 8                          206-682-6711
 9                          cfix@frankfreed.com
10
11    FOR DEFENDANTS:       SETH J. BERNTSEN
12                          Foster Garvey
13                          1111 Third Ave, Ste 3400
14                          Seattle, Washington 98101
15                          206-447-4400
16                          seth.berntsen@foster.com
17
18    ALSO PRESENT:         William Goodman,
19                              UW Claim Services
20
21
22
23
24
25
```

David Tirschwell, MD.                                    November 4, 2019

Page 68

1            MS. FIX:  I knew he was going to object
2   to that one.  Let me back up.
3        Q.   So when Mattie was on leave, the
4   neurology ARNPs were covering her clinic, correct?
5        A.   They were trying to.
6        Q.   Okay.  That was Anna Krumpe, Lynne
7   Smith and Marylou Willis?
8        A.   Those were three nurse-practitioners,
9   but again, I don't remember the timing of it all.
10       Q.   Okay.
11       A.   It seems reasonable that it was them.
12       Q.   Who do those neurology ARNPs report to?
13       A.   Oh, I don't know.  For what?
14       Q.   Who was their manager?
15       A.   I don't know.  I'm sure it wasn't me,
16  though.
17       Q.   Fair enough.
18            So the schedule on the last two pages
19  of Exhibit-97 had Mattie seeing six patients on
20  Tuesdays, and Mattie asks in her email to see three
21  to four patients on Tuesdays.  Can you think of any
22  reason why the neurology ARNPs couldn't have covered
23  the remaining two or three patients on Tuesdays?
24       A.   Yes.
25       Q.   And what's that?

Page 69

```
 1            A.   They had full-time jobs outside of
 2   attending Stroke Clinic, and in fact, had to put
 3   their normal duties to some degree aside to cover the
 4   Stroke Clinic.
 5            Q.   But they covered the Stroke Clinic
 6   while Mattie was on leave before June 30, 2017,
 7   correct?
 8            A.   As best they could.  It was a
 9   tremendous struggle.
10            Q.   And they covered the Stroke Clinic when
11   Mattie went back on leave later in July 2017; is that
12   correct?
13            A.   You know, I don't recall.  I do recall
14   that every time that Mattie was on leave, it was a
15   tremendous struggle to cover all of those follow-up
16   visits.
17            Q.   But they were covered, correct?
18            A.   I don't recall how well.  It depends
19   what you mean by "covered."
20            Q.   The patients were seen?
21            A.   Patients that came to clinic were seen.
22   Whether that was an adequate amount or not, or
23   whether it was full coverage, I don't recall.
24            Q.   Okay.  Were you aware that Mattie had
25   filed a complaint of harassment against Tricia Roland
```

```
 1                    C E R T I F I C A T E

 2

 3    STATE OF WASHINGTON      )ss.

 4    COUNTY OF KING           )

 5

 6

 7    I, Margaret Walkky, the undersigned Registered Merit
      Reporter and an officer of the Court for the State of
 8    Washington, hereby certify that the foregoing
      deposition upon oral examination of DAVID TIRSCHWELL,
 9    MD was taken before me on November 4, 2019 and
      transcribed under my direction;
10
      That the witness was duly sworn by me pursuant to RCW
11    5.28.010 to testify truthfully; that the transcript
      of the deposition is a full, true, and correct
12    transcript to the best of my ability; that I am
      neither attorney for, nor a relative or employee of,
13    any of the parties to the action or any attorney or
      counsel employed by the parties hereto, nor
14    financially interested in its outcome;

15    I further certify that in accordance with CR 30(e),
      the witness was given the opportunity to examine,
16    read, and sign the deposition, within 30 days, upon
      its completion and submission, unless waiver of
17    signature was indicated in the record.

18    IN WITNESS WHEREOF, I have hereunto set my hand and
      seal this date: November 11, 2019.
19

20

21

22            ..............................
              Margaret Walkky, Registered Merit Reporter
23            Certified Court Reporter No. 2540 License
              expires July 18, 2020
24

25
```