HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARTHILDE BRZYCKI,<br><br>              Plaintiff,<br><br>    v.<br><br>HARBORVIEW MEDICAL CENTER, and UNIVERSITY OF WASHINGTON,<br><br>              Defendants. | NO. 2:18-cv-01582-MJP<br><br>**ORDER GRANTING STIPULATED MOTION TO TAKE PRESERVATION DEPOSITIONS AND TO USE THOSE DEPOSITIONS IN LIEU OF LIVE TESTIMONY**<br><br>**NOTING DATE: FEBRUARY 3, 2020** |

THIS MATTER came before the Court on Plaintiff Marthilde Brzycki and Defendants Harborview Medical Center and University of Washington's Joint Motion to Take Preservation Depositions and to Use those Depositions at Trial in Lieu of Live Testimony ("Motion"). The Court, having reviewed the parties' briefing, files and records contained herein, hereby ORDERS as follows:

The parties' Motion is GRANTED. The parties may take preservation depositions no later than March 6, 2020, and may use those depositions at trial in lieu of live testimony.

IT IS SO ORDERED this _5th_ day of February, 2020.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING STIPULATED MOTION TO TAKE
PRESERVATION DEPOSITIONS- 1
Case No. 2:18-cv-01582-MJP

Presented by:

FOSTER GARVEY P.C.


By *s/Seth J. Berntsen*
   Seth J. Berntsen, WSBA #30379
   Adelle Greenfield, WSBA #52247
   FOSTER GARVEY P.C.
   1111 Third Avenue, Suite 3000
   Seattle, WA 98101
   (206) 447-4400
   seth.berntsen@foster.com
   adelle.greenfield@foster.com
   *Attorneys for Defendants*



FRANK FREED SUBIT & THOMAS LLP


By s/Christie J. Fix (*with permission*)
   Christie J. Fix, WSBA # 40801
   FRANK FREED SUBIT & THOMAS LLP
   705 Second Avenue, Suite 1200
   Seattle, WA 98104
   Phone: (206) 682 6711
   Email: cfix@frankfreed.com
   *Attorneys for Plaintiff*

ORDER GRANTING STIPULATED MOTION TO TAKE
PRESERVATION DEPOSITIONS- 2
Case No. 2:18-cv-01582-MJP