UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTHILDE BRZYCKI,

Plaintiff,

v.

HARBORVIEW MEDICAL CENTER,
et al.,

Defendants.

CASE NO. C18-1582 MJP

ORDER ON DEFENDANTS'
MOTION TO EXCLUDE CERTAIN
EXPERT TESTIMOMY (*DAUBERT*
MOTION)

The above-entitled Court, having received and reviewed:

1.  Defendants' Motion to Exclude Certain Expert Testimony for Failure to Satisfy
    Daubert v. Merrell Dow Pharmaceuticals, Inc. (Dkt. No. 42),

2.  Plaintiff's Opposition to Defendants' Motion to Exclude Expert Testimony (Dkt. No.
    48),

3.  Defendants' Reply in Support of Motion to Exclude Certain Expert Testimony for
    Failure to Satisfy Daubert v. Merrell Dow Pharmaceuticals, Inc. (Dkt. No. 56),

all attached declarations and exhibits, and relevant parts of the record, rules as follows:

1  IT IS ORDERED THAT the motion is GRANTED IN PART and DENIED IN PART:

2  1. Elizabeth Schuringa, ARNP, is precluded from testifying at trial as to the following

3  subject matter identified in Plaintiff's Expert Witness Disclosure: that Plaintiff's medical

4  condition and symptoms appeared to worsen after she began to work with Ms. Roland.

5  2. Rachell Sternoff, ARNP, is precluded from testifying at trial as to the following subject

6  matter identified in Plaintiff's Expert Witness Disclosure: that Plaintiff's mental and

7  physical health appeared to worsen as a result of the stresses caused by her interactions

8  with Harborview managers in 2017.

9  3. Reid Stell is precluded from testifying at trial as to the following subject matter identified

10  in Plaintiff's Expert Witness Disclosure: that Plaintiff had or has post-traumatic stress

11  disorder or that any such condition was the result of her work at Harborview.

12

13  Any further issues in this regard may be addressed through motions in limine.

14

15  The clerk is ordered to provide copies of this order to all counsel.

16  Dated March 9, 2020.

17

18  Marsha J. Pechman
    United States Senior District Judge

19

20

21

22

23

24