|   |   |
|---|---|
| | HONORABLE MARSHA J. PECHMAN |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARTHILDE BRZYCKI,<br><br>                  Plaintiff,<br><br>  v.<br><br>HARBORVIEW MEDICAL CENTER, and UNIVERSITY OF WASHINGTON,<br><br>                  Defendants. | NO. 2:18-cv-01582-MJP<br><br>**STIPULATION AND ORDER TO AMEND CAPTION**<br><br>NOTE ON MOTION CALENDAR:<br>April 9, 2020 |

## **STIPULATION**

This case arises out of Harborview Medical Center, a public hospital owned by King County. Pursuant to state law and agreement, the University of Washington operates and manages Harborview. While Plaintiff Marthilde Brzycki worked at Harborview Medical Center, she was employed by the University of Washington. In order to avoid juror confusion when the case is called, the parties to this action stipulate to the entry of an Order amending the caption to remove Harborview Medical Center as a named defendant.

///

///

///

///

STIPULATION AND ORDER TO AMEND CAPTION - 1
Case No. 2:18-cv-01582-MJP

The new caption will read:

MARTHILDE BRZYCKI,

      Plaintiff,

  vs.

UNIVERSITY OF WASHINGTON,

      Defendant.

Stipulation dated this 9th day of April, 2020.

| SUMMIT LAW GROUP, PLLC | FRANK FREED SUBIT & THOMAS LLP |
|---|---|
| Attorneys for Defendant | Attorneys for Plaintiff |
| By *s/ Seth J. Berntsen* | By *s/ Christie J. Fix (with permission)* |
| Seth J. Berntsen, WSBA #30327 | Christie J. Fix, WSBA #40801 |
| Hathaway Burden, WSBA #52970 | Sean M. Phelan, WSBA #27866 |
| SUMMIT LAW GROUP | FRANK FREED SUBIT & THOMAS LLP |
| 315 Fifth Avenue S, Suite 1000 | 705 Second Avenue, #1200 |
| Seattle, WA 98104 | Seattle, WA 98104 |
| (206) 676-7000 | (206) 682-6711 |
| SethB@summitlaw.com | cfix@frankfreed.com |
| HathawayB@summitlaw.com | sphelan@frankfreed.com |

**ORDER**

IT IS SO ORDERED this _9th_ day of __April__, 2020.

*[signature: Marsha J. Pechman]*

Marsha J. Pechman
United States Senior District Judge

# **CERTIFICATE OF SERVICE**

I, Dominique Barrientes, hereby certify that on April 9, 2020, I electronically filed the foregoing STIPULATION AND ORDER TO AMEND CAPTION with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Christie J. Fix
>FRANK FREED SUBIT & THOMAS LLP
>705 Second Avenue, #1200
>Seattle, WA 98104
>(206) 682-6711
>cfix@frankfreed.com
>jlarm-bazzill@frankfreed.com
>*Attorneys for Plaintiff*

SIGNED this 9th day of April 2020 at Seattle, Washington.

>*s/Dominique Barrientes*
>Dominique Barrientes, Legal Assistant
>SUMMIT LAW GROUP
>315 Fifth Avenue S, Suite 1000
>Seattle, WA 98104
>(206) 676-7000
>SethB@summitlaw.com