The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTHILDE BRZYCKI,

          Plaintiff,

v.

HARBORVIEW MEDICAL CENTER, and UNIVERSITY OF WASHINGTON,

          Defendants.

CASE NO. 2:18-cv-01582-MJP

**JOINT MOTION FOR ADDITIONAL MOTION *IN LIMINE***

NOTED FOR APRIL 9, 2020

Plaintiff Marthilde Brzycki ("Brzycki") and Harborview Medical Center and Defendant University of Washington (collectively "the University") jointly request leave for the parties to brief an additional issue via a defense motion *in limine*. The parties' motions *in limine* were filed on March 2, 2020 pursuant to the Court's Order Setting Trial Date & Related Dates (Dkt. 12). On March 13, 2020, the Court entered its Order denying both parties' motions for summary judgment. (Dkt. 83). The Court's Summary Judgment Order included the following finding:

> The Court agrees with Defendants' analysis of Plaintiff's retaliation claim in the following regard: there is no evidence that protected activity by Plaintiff was the proximate cause of the investigation initiated on November 17, 2016. Plaintiff's only protected activity prior to the onset of the investigation was her August 2015 UCIRO complaint, a complaint which did not involve O'Donohue (who was not even employed by Harborview at that point) and was made 15 months prior to the initiation of investigation. Proximity in time is critical to a retaliation claim; causation will not lie unless the "adverse employment action follows on the heels of protected activity." Villiarimo, *supra* at 1065.

JOINT MOTION FOR ADDITIONAL MOTION IN
LIMINE - 1
CASE NO. **2**:18-cv-01582-MJP

Court's March 13, 2020 Order On Motions for Summary Judgment (Dkt. 83), pp. 14-15 (quotes in original). Had the University received the Order prior to the filing deadline, it would have moved *in limine* to preclude Brzycki from presenting certain evidence and arguments relating to 2015. In light of the Court's finding, issued after the submission of motions in *limine,* the University desires to have this issue addressed by the Court before trial.

The parties have conferred by email and telephone in a good faith effort to resolve this issue and now jointly request leave to permit the University to move *in limine* on these issues and for Plaintiff to have an opportunity to respond to the same, pursuant to the following briefing schedule:

| Date | Deadline |
| --- | --- |
| April 23, 2020 | Deadline for Defendants' to file motion *in limine* |
| May 4, 2020 | Deadline for Plaintiff's opposition |
| May 8, 2020 | Noting Date |

The briefing schedule will allow the parties to fully brief the issue for the Court in advance of the pretrial conference scheduled for May 19, 2020.

Stipulation dated this 9th day of April, 2020.

| | |
| --- | --- |
| SUMMIT LAW GROUP, PLLC<br>Attorneys for Defendant<br><br>By *s/ Seth J. Berntsen*<br>   Seth J. Berntsen, WSBA #30327<br>   Hathaway Burden, WSBA #52970<br>   SUMMIT LAW GROUP<br>   315 Fifth Avenue S, Suite 1000<br>   Seattle, WA 98104<br>   (206) 676-7000<br>   SethB@summitlaw.com<br>   HathawayB@summitlaw.com | FRANK FREED SUBIT & THOMAS LLP<br>Attorneys for Plaintiff<br><br>By *s/ Christie J. Fix (with permission)*<br>   Christie J. Fix, WSBA # 4080<br>   Sean M. Phelan, WSBA #27866<br>   FRANK FREED SUBIT & THOMAS LLP<br>   705 Second Avenue, #1200<br>   Seattle, WA 98104<br>   (206) 682-6711<br>   cfix@frankfreed.com<br>   sphelan@frankfreed.com |

## ORDER

Pursuant to the above stipulation of the parties and for good cause, the Court hereby allows the University to submit a motion in *limine* and for Plaintiff to respond to the same on above issues and on the foregoing briefing schedule.

IT IS SO ORDERED this _13th_ day of _April_, 2020.

Marsha J. Pechman
United States Senior District Judge

# CERTIFICATE OF SERVICE

I, Dominique Barrientes, hereby certify that on April 13, 2020, I electronically filed the foregoing JOINT MOTION FOR ADDITIONAL MOTION IN LIMINE and proposed order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Christie J. Fix
>Sean M. Phelan
>FRANK FREED SUBIT & THOMAS LLP
>705 Second Avenue, #1200
>Seattle, WA 98104
>(206) 682-6711
>cfix@frankfreed.com
>sphelan@frankfreed.com
>sgunderson@frankfreed.com
>kkindberg@frankfreed.com
>*Attorneys for Plaintiff*

SIGNED this 9th day of April, 2020 at Seattle, Washington.

>*s/Dominique Barrientes*
>Dominique Barrientes, Legal Assistant
>SUMMIT LAW GROUP
>315 Fifth Avenue S, Suite 1000
>Seattle, WA 98104
>(206) 676-7010
>DominiqueB@summitlaw.com

JOINT MOTION FOR ADDITIONAL MOTION IN LIMINE - 4
CASE NO. **2**:18-cv-01582-MJP