THE HONORABLE MARSHA J. PECHMAN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARTHILDE BRZYCKI,<br><br>               Plaintiff,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>               Defendant. | Case No. 2:18-cv-01582-MJP<br><br>**PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW**<br><br>**NOTING DATE: AUGUST 7, 2020** |

      Frank Freed Subit & Thomas LLP, counsel for Plaintiff Marthilde Brzycki, moves the court pursuant to Local Rules W.D. Wash. LCR 83.2(b)(1) for an order permitting this firm to withdraw as counsel for Plaintiff in this action. Counsel believe that professional considerations make it appropriate to seek leave to withdraw in this matter.[1]

      Counsel's withdrawal should not prejudice Plaintiff in pursuing this action. The noting date for this Motion is three months before the November 9, 2020 bench trial date in this matter. *See* Dkt. 105 (April 20, 2020 Order Setting Trial Date and Related Dates). Because trial

---

[1] Pursuant to Washington Rule of Professional Conduct 1.6, which imposes a professional duty on counsel to maintain client confidences, counsel will provide additional information to the Court in camera and under seal pursuant to Court order if necessary for the Court's consideration of this Motion. *See* Washington Rule of Professional Conduct 1.6(b)(6).

PLAINTIFF'S COUNSEL'S MOTION
TO WITHDRAW - 1
NO. 2:18-cv-01582-MJP

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798 ~ (206) 682-6711

in this matter was continued from its original date of April 3, 2020, nearly all of the pretrial deliverables have already been completed and filed, with the exception of the Findings of Fact and Conclusions of Law, which are due on October 29, 2020. *See id.*

Counsel certify that this Motion has been served on opposing counsel and on Plaintiff as set forth in the attached Certificate of Service. LCR 83.2(b)(1). Plaintiff's address and telephone number are as follows:

>   Marthilde Brzycki
>   10862 Garden Place South
>   Seattle, WA 98178
>   (206) 457-9669

*Id.*

DATED this 23rd day of July 2020.

>   FRANK FREED SUBIT & THOMAS LLP
>
>   By: */s/* Christie J. Fix
>   Christie J. Fix, WSBA # 40801
>
>   By: */s/* Sean M. Phelan
>   Sean M. Phelan, WSBA # 27866
>   705 Second Avenue, Suite 1200
>   Seattle, WA 98104
>   Phone: (206) 682 6711
>   Email: cfix@frankfreed.com
>   Email: sphelan@frankfreed.com
>
>   *Attorneys for Plaintiff*

PLAINTIFF'S COUNSEL'S MOTION
TO WITHDRAW - 2
NO. 2:18-cv-01582-MJP

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798 ~ (206) 682-6711

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel/parties of record. Copies of the foregoing have also been sent via U.S. Mail and email to Marthilde Brzycki at the addresses listed below:

Marthilde Brzycki
10862 Garden Place South
Seattle, WA 98178
Email: macjasmar@yahoo.com

DATED at Seattle, Washington on this 23rd day of July 2020.

/s/Sarah Gunderson
Sarah Gunderson

PLAINTIFF'S COUNSEL'S MOTION
TO WITHDRAW - 3
NO. 2:18-cv-01582-MJP

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798 ~ (206) 682-6711