The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTHILDE BRZYCKI,<br><br>                    Plaintiff,<br><br>         v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>                    Defendant. | CASE NO. 2:18-cv-01582-MJP<br><br>**DEFENDANT'S RESPONSE TO PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW**<br><br>NOTING DATE:  August 7, 2020 |

Defendant University of Washington does not oppose granting Plaintiff's counsel leave to withdraw from this case unless such withdrawal would directly or indirectly result in another trial continuance.  As the Court is well-aware, this case, commenced nearly two years ago, has been continued twice due to the COVID-19 pandemic.  As such, it is imperative that it remain on track for the bench trial to commence on November 9, 2020.  If the Court grants Plaintiff's counsel leave to withdrawal, Defendant respectfully request that such order expressly provide that the withdrawal, or the resulting appearance of new counsel, not be used as a basis for a further trial continuance.

///

///

///

DEFENDANT'S RESPONSE TO PLAINTIFF'S COUNSEL'S
MOTION TO WITHDRAW - 1
CASE NO. **2**:18-cv-01582-MJP

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001

DATED this 3rd day of August, 2020.

                         SUMMIT LAW GROUP, PLLC

                         By *s/ Seth J. Berntsen*
                              Seth J. Berntsen, WSBA #30379
                              Hathaway Burden, WSBA #52970
                              SUMMIT LAW GROUP
                              315 Fifth Avenue S, Suite 1000
                              Seattle, WA 98104
                              (206) 676-7000
                              SethB@summitlaw.com
                              HathawayB@summitlaw.com
                              *Attorneys for Defendants*

DEFENDANT'S RESPONSE TO PLAINTIFF'S COUNSEL'S
MOTION TO WITHDRAW - 2
CASE NO. **2**:18-cv-01582-MJP

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001

**CERTIFICATE OF SERVICE**

I, Dominique Barrientes, hereby certify that on August 3, 2020, I electronically filed the foregoing DEFENDANT'S RESPONSE TO PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Christie J. Fix
> Sean M. Phelan
> FRANK FREED SUBIT & THOMAS LLP
> 705 Second Avenue, #1200
> Seattle, WA  98104
> (206) 682-6711
> cfix@frankfreed.com
> sphelan@frankfreed.com
> sgunderson@frankfreed.com
> kkindberg@frankfreed.com
> *Attorneys for Plaintiff*

DATED this 3rd day of August, 2020 at Seattle, Washington.

> *s/Dominique Barrientes*
> Dominique Barrientes, Legal Assistant
> SUMMIT LAW GROUP
> 315 Fifth Avenue S, Suite 1000
> Seattle, WA 98104
> (206) 676-7000
> DominiqueB@summitlaw.com

---

DEFENDANT'S RESPONSE TO PLAINTIFF'S COUNSEL'S
MOTION TO WITHDRAW - 3
CASE NO. **2**:18-cv-01582-MJP

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001