THE HONORABLE MARSHA J. PECHMAN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARTHILDE BRZYCKI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>　　　　　Defendant. | Case No. 2:18-cv-01582-MJP<br><br>**PLAINTIFF'S COUNSEL'S REPLY IN SUPPORT OF MOTION TO WITHDRAW**<br><br>**NOTING DATE: AUGUST 7, 2020** |

Defendant University of Washington does not oppose the motion to withdraw filed by counsel for Plaintiff Marthilde Brzycki, unless withdrawal would result in a trial continuance. *See* Dkt. 113. As stated in their Motion (Dkt. 112), Plaintiff's counsel believe that withdrawal should not prejudice Plaintiff in pursuing this action without the need for a continuance. The noting date for this Motion is three months before the November 9, 2020 bench trial date in this matter, and most pretrial deliverables have already been completed and filed. *See* Dkt. 105 (April 20, 2020 Order Setting Trial Date and Related Dates).

Plaintiff's counsel respectfully request that the Court grant their motion to withdraw. Plaintiff's counsel, however, respectfully ask that the Court's Order not bar Plaintiff from

PLAINTIFF'S COUNSEL'S REPLY
IN SUPPORT OF MOTION TO WITHDRAW - 1
NO. 2:18-cv-01582-MJP

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798 ~ (206) 682-6711

requesting a continuance in the event Plaintiff retains new counsel who require additional time to prepare for trial. Instead, Plaintiff's counsel request that the Court evaluate any future motion for trial continuance at the time that motion is made.

DATED this 4th day of August 2020.

                                      FRANK FREED SUBIT & THOMAS LLP

                                      By:_/s/ Christie J. Fix_
                                      Christie J. Fix, WSBA # 40801

                                      By:_/s/ Sean M. Phelan_
                                      Sean M. Phelan, WSBA # 27866
                                      705 Second Avenue, Suite 1200
                                      Seattle, WA 98104
                                      Phone: (206) 682 6711
                                      Email:  cfix@frankfreed.com
                                      Email:  sphelan@frankfreed.com

                                      *Attorneys for Plaintiff*

PLAINTIFF'S COUNSEL'S REPLY
IN SUPPORT OF MOTION TO WITHDRAW - 2
NO. 2:18-cv-01582-MJP

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798 ~ (206) 682-6711

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel/parties of record. Copies of the foregoing have also been sent via U.S. Mail and email to Marthilde Brzycki at the addresses listed below:

Marthilde Brzycki
10862 Garden Place South
Seattle, WA 98178
Email: macjasmar@yahoo.com

DATED at Seattle, Washington on this 4th day of August 2020.

/s/Sarah Gunderson
Sarah Gunderson

---

PLAINTIFF'S COUNSEL'S REPLY
IN SUPPORT OF MOTION TO WITHDRAW - 3
NO. 2:18-cv-01582-MJP

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798 ~ (206) 682-6711