UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTHILDE BRZYCKI,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>　　　　　　　Defendant. | CASE NO. C18-1582 MJP<br><br>ORDER ON MOTION TO WITHDRAW |

The above-entitled Court, having received and reviewed;

1. Plaintiff's Counsel's Motion to Withdraw as Attorney (Dkt. No. 112),

2. Defendant's Response (Dkt. No. 113)

3. Plaintiff's Counsel's Reply (Dkt. No. 114),

all attached declarations and exhibits, and relevant portions of the record, rules as follows:

IT IS ORDERED that, pursuant to Washington Rule of Professional Conduct 1.6(6), counsel for Plaintiff will provide to the Court any relevant additional information germane to the request to withdraw, under seal, for *in camera* review.  In addition to the material requested,

Plaintiff's counsel will also provide a declaration indicating when the information provided came to counsel's attention.

IT IS FURTHER ORDERED that these materials will be provided to the Court no later than 3 business days from the entry of this order.

The clerk is ordered to provide copies of this order to all counsel.

Dated August 4, 2020.

Marsha J. Pechman
United States Senior District Judge