UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTHILDE BRZYCKI,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>Defendant. | CASE NO. C18-1582 MJP<br><br>ORDER ON REQUEST TO WITHDRAW AS COUNSEL |

On July 23, 2020, counsel for Plaintiff filed a motion to withdraw from representation, alleging that "professional considerations make it appropriate to seek leave to withdraw in this matter." Dkt. No. 112 at 1. The Court has reviewed that motion, Defendant's response and Plaintiff's counsel's reply, and has reviewed the supplemental *in camera* material provided at the Court's request by Plaintiff's counsel, and rules as follows:

IT IS ORDERED that the motion is GRANTED; Frank Freed Subit & Thomas, LLP, attorneys for Plaintiff, will be permitted to withdraw as counsel.

ORDER ON REQUEST TO WITHDRAW AS COUNSEL - 1

1    The Court notes that, in its response, Defendant requested that any order permitting
2 withdrawal provide that the appearance of new counsel not be used as a basis for further
3 continuance of the trial currently set for November 9, 2020.  Dkt. No. 113 at 1.  The Court
4 sympathizes with Defendant's desire to proceed to trial expeditiously and have this matter
5 resolved, but cannot, in the interests of justice and equity, impose such a condition on the
6 appearance of new counsel for Plaintiff.  Defendant's request is therefore denied.

7    Plaintiff is reminded that her matter is set for trial in three months.  She is advised to
8 procure new representation forthwith, or she will be representing herself at trial.

10    The clerk is ordered to provide copies of this order to all counsel; Plaintiff's former
11 counsel are directed to provide Plaintiff with a copy of this order personally.

12    Dated August 11, 2020.

*[signature]*

Marsha J. Pechman
United States Senior District Judge