THE HONORABLE MARSHA J. PECHMAN

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| **MARTHILDE BRZYCKI,**<br>**Plaintiff,**<br><br>v.<br><br>**HARBORVIEW MEDICAL CENTER**<br>**and    UNIVERSITY OF**<br>**WASHINGTON,**<br>**Defendants** | **Cause No.: 2:18-cv-01582-MJP**<br><br>**SUPPLEMENTAL** DECLARATION OF REBA WEISS IN SUPPORT OF STIPULATED MOTION TO PERMIT HER WITHDRAWAL AS COUNSEL ON BEHALF OF PLAINTIFF BRZYCKI<br><br>NOTE ON MOTION CALENDAR: September 21, 2020 |

Reba Weiss supplements her declaration under penalty of perjury under the laws of the State of Washington as follows:

1. I believe that continuing to represent Plaintiff in this matter will result in an unreasonable financial burden upon me, per RPC 1.16(b)(6).

2. I have served a copy of this Supplemental Declaration upon Defendants and Plaintiff Brzycki.

Dated this 21st day of September 2020 at Seattle, Washington.

Reba Weiss

WEISS' SUPPLEMENTAL DECLARATION IN
SUPPORT OF MOTION  TO WITHDRAW AS
COUNSEL FOR PLAINTIFF
2:18-cv-01582-MJP

REBA WEISS, ESQ.
WEISS LAW FIRM PLLC
1022 NE 94th Street
Seattle, WA 98115
reba@weisslawfirm.org