Judge Marsha J. Pechman

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MARTHILDE BRZYCKI,

           Plaintiff,

vs.

UNIVERSITY OF WASHINGTON

           Defendant.

CASE NO.: 2:18-cv-01582-MJP

**NOTICE OF ATTORNEYS' LIEN**

TO:       THE CLERK OF COURT

AND TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

      NOTICE IS HEREBY GIVEN, pursuant to RCW 60.40.010, that the firm of Frank Freed Subit & Thomas LLP ("FFST"), former counsel for plaintiff Marthilde Brzycki, claims a lien for (1) legal services rendered to plaintiff and (2) expenses advanced in connection with the above-entitled action, together with any applicable interest. Said lien includes all categories of property listed in RCW 60.40.010 including (1) funds in the possession of any party and/or attorney of record in this action payable to plaintiff and/or her attorneys; (2) proceeds from this action payable to Plaintiff and/or her attorneys; and (3) any portion of any judgment in this action

payable to Plaintiff and/or her attorneys. The current amount of fees, expenses, and interest due and owing to FFST is $110,390.16. The amount FFST claims will be determined on the basis of the outstanding amount of fees, expenses and interest owing to FFST for legal services rendered, the terms of Plaintiff's operative fee agreement with FFST, and any future payments made by Plaintiff toward outstanding fees and expenses due and owing to FFST.

DATED this 1st day of October 2020,

FRANK FREED SUBIT & THOMAS LLP

_____
Sean Marshall Phelan, WSBA #27866
705 Second Avenue, Suite 1200
Seattle, Washington 98104
(206) 682-67111
sphelan@frankfreed.com

NOTICE OF ATTORENYS' LIEN-2-
(2:18-cv-01582-MJP)

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798

# CERTIFICATE OF SERVICE

I, Megan Grosse, certify and state as follows:

1. I am a citizen of the United States and a resident of the state of Washington; I am over the age of 18 years and not a party of the within entitled cause. I am employed by the law firm of Frank Freed Subit & Thomas LLP, whose address is 705 Second Avenue, Suite 1200, Seattle, Washington 98104.

2. I caused the foregoing document to be served upon counsel of record at the address and in the manner described below, on October 1, 2020.

| | |
|---|---|
| Seth J. Berntsen, WSBA #30379<br>Hathaway Burden, WSBA #52970<br>SUMMIT LAW GROUP<br>315 Fifth Avenue S, Suite 1000<br>Seattle, WA 98104<br>(206) 676-7000<br>SethB@summitlaw.com<br>HathawayB@summitlaw.com<br><br>*Attorneys for Defendants* | [ ] U.S. Mail<br>[ ] ABC Legal Messenger<br>[ ] Facsimile<br>[ ] E-Mail<br>[X] Via CM/ECF |
| Marthilde Brzycki<br>10862 Garden Place South<br>Seattle, WA 98178<br><br>*Plaintiff* | [X] U.S. Mail<br>[ ] ABC Legal Messenger<br>[ ] Facsimile<br>[ ] E-Mail<br>[ ] Via CM/ECF |
| Reba Weiss<br>Weiss Law Firm PLLC<br>500 Mercer Street<br>Seattle, WA 98109<br>206-508-5933<br>Email: reba@weisslawfirm.org<br><br>*Attorney for Plaintiff* | [ ] U.S. Mail<br>[ ] ABC Legal Messenger<br>[ ] Facsimile<br>[X] E-Mail<br>[ ] Via CM/ECF |

I declare under the penalty of perjury that the foregoing is true and correct.

DATED at Seattle, Washington on this 1st day of October 2020.

NOTICE OF ATTORENYS' LIEN-3-
(2:18-cv-01582-MJP)

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798

| | |
|---|---|
| 1 | /s/ *Megan Grosse*<br>Megan Grosse |

NOTICE OF ATTORENYS' LIEN-4-
(2:18-cv-01582-MJP)

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798