1
2
3
4
5
6
7
8         UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
9                    AT SEATTLE

10  MARTHILDE BRZYCKI,                    CASE NO. C18-1582 MJP

11              Plaintiff,                ORDER ON MOTION TO
                                          WITHDRAW
12       v.

13  HARBORVIEW MEDICAL CENTER
    and UNIVERSITY OF WASHINGTON,
14
                Defendants.
15

16

17       This matter comes before the Court on the Parties' Stipulated Motion to Withdraw

18  through which Plaintiff's counsel, Reba Weiss, sought to withdraw. (Dkt. No. 121.) As discussed

19  during the hearing held on September 25, 2020, Ms. Weiss agreed to stay on as counsel for

20  Plaintiff through the settlement conference before Magistrate Judge Theiler. As the docket

21  reflects, the settlement conference occurred on October 7, 2020 and was concluded without

22  resolution of the Parties' dispute. The Court therefore GRANTS the Stipulated Motion and

23  permits Ms. Weiss to withdraw from representing Plaintiff. Plaintiff may continue to seek an

24

ORDER ON MOTION TO WITHDRAW - 1

1 attorney to represent her. But until an attorney appears on her behalf, Plaintiff shall represent

2 herself in this matter pro se. The trial date and case deadlines set forth in the Court's April 20,

3 2020 Revised Order Setting Trial Date and Related Dates (Dkt. No. 105) remain unchanged.

4     The clerk is ordered to provide copies of this order to all parties and counsel.

5     Dated October 13, 2020.

                                    Marsha J. Pechman
                                    United States District Judge