UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTHILDE BRZYCKI, | CASE NO. C18-1582 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNIVERSITY OF WASHINGTON, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

As the Court ruled orally during the Pretrial Conference held with the Parties on October 29, 2020, the Court GRANTED in part and DENIED in Defendant's Motion to strike newly disclosed witnesses (Dkt. No. 134). The Court will permit the Parties to call anyone listed on the Parties' proposed pretrial order (Dkt. No. 97.) The Court will not allow any newly disclosed exhibits set out in Plaintiff's Exhibit List (Dkt. No. 136) that were not included in the Parties' proposed pretrial order.

| | |
|---|---|
| 1 | The clerk is ordered to provide copies of this order to all counsel. |
| 2 | Filed November 4, 2020. |

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
