# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| MARTHILDE BRZYCKI,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C18-1582 CKJ |

___    **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X      **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order issued February 18, 2021, judgment is entered in Defendant's favor on the disparate treatment and retaliation claims filed under state and federal law and in Plaintiff's favor on the reasonable accommodation claim filed under the Washington Law Against Discrimination (WLAD). Plaintiff is awarded $20,000 in damages, and the action is terminated.

Dated February 19, 2021.

William M. McCool
Clerk of Court

s/ Paula McNabb
Deputy Clerk